2:22-cv-1022 sec P

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES
## OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: ALC-2021-1184

TO: CHARLES STEWART  111347          MARS C-2
    Offender's Name and Number        Living Quarters

11/23/2020
Date of Incident

    ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X    REJECTED: Your request has been rejected for the following reason(s):
    THE OFFENDERS REQUEST IS UNCLEAR AND THE VOLUME OF ATTACHED MATERIAL IS TOO GREAT. OFFENDER MAY RESUBMIT IN A 1 PAGE CONDENSED VERSION

02/23/2021
Date

Warden's Signature or Designee

This is an Administrative Remedy Procedure

Charles Stewart  111347                 11-23-20
Inmate Name    D.O.C.#                  Date Of Incident

Mars A-1 & D-2
Place Of Incident

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Nature Of Complaint

Deliberate Indifference to my Health & Safety, Mental Health & Medical, Malfeance in Officer, Conspiracy, Retaliation and Denied Equal Protection of the Law, Excessive Force, Cruel and Unusual Punishment. Consequently creating a violation of my constitutional Right's...

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

It is strongly said that corrections services has established the administrative Remedy procedure through which an inmate may seek formal Review of a complaint which relates to any aspect of ~~complaint~~ his incarceration. If less formal methods have not Resolved the matter.

Such complaints and grievances include, But are not limited to any and all claims seeking Monetary, Injunctive, Declatory, or any other form of Relief authorized by law and by way of illustration includes action pertaining to conditions of confinement and by any mean through this procedure inmates shall Receive Reasonable Responses and where appropriate, meaningful Remedies.

Applicability

Inmate may Request administrative Remedies to situations arising from policies, conditions or events within the institution that effect them personally...

-1-

## Grievance/Complaint

On 11-23-20 I received a response from the first step of a A.R.P that I had filed on 7-22-20 Case #ALC-2020-787. However I, inform the two officer's that it was 80 day to late for a response, and that on this first step response that is being presented to me is dated 8-10-20; and that if I was to except and sign it; they would have to place their signature under my signature with date i received it. Both officer's agreed to sign. I told them thanks; and that I hope I didn't have to deal with the repercussion of farther Retaliation. At that point one of the officer reply; I can't promise you that, but she wish me good luck!!!

Now on that same night I was awaken out of my sleep, to be shook down. So i got up and ask the Lt. Corey if that was part of the process with the Retaliation? Lt. Corey stated why would I think that. I inform him that on 11-21-20 an officer had order me to get out of the shower and walk down the teir with no clothes on, and that in the process I slipped down and hurting myself, and was refuse medical. Lt. Corey ask me if I wanted him to bring me to medical? I told him yes! He then replied hold up im going to get the paper for u to sign. Upon his return another inmate stated; why u got the cop on the teir. Next thing I know Lt. Corey to me come on less go see medical. When I get to medical I was told I was going on lock-down. At that point I started hollowing declaring myself suicidal and requested emergency mental health. So I was escorted to Mar's Unit A-2 shower cell, and was order to give up all my clothes; I was then given a paper suicidal gown, and was placed in hand-cuffs (restraints) behind my back. I was then removed from the shower cell, to A-1 cell #6, to which I went in and climb up on the sank, and started yelling out loud; I wanted to see my mental health social worker. That is when Major Vicks and M.Sgt. T started taking to a

-2-

stating they was calling her, and order the other Sgt. to open the cell, and they came in and help me get down off the sank with no problem. I was then once again escorted from A-1 to D-2 cell two, once in the cell I climb back up on the sank with the same hand-cuff's on behind my back, and once again started pleading to speak with my social worker. At this time Major Vick's stated he didn't have time for me, and that he was going to spray me like a cockroach, and I told him if he spray me I was going to kill myself; He responded I don't care "Kill Yourself" and started walking off the teir and order Lt. Beem to spray me, and that's what he did! That is when I came down on my back; I don't know if I broke my arm then or when M.Sgt Thomas and Sgt UN came in my cell with-out a stretcher nor anyone from medical to examine me, but did maliciously and sadistically grab me by my arm's with the hand cuff's still on behind my back dragged me to the shower and throw me in and left me their on the floor, then they came remove me from the shower and put me back in the cell, still with hand cuff's on. Finally; the nurse arrive at my cell and order that for the handcuff to be remove, so she could administe a fake report in my medical record's in violation my constitional right's.

  Now todays date 2-21-21 and Im still experience the nffects from this ongoing of retaliation from this institution as a whole, security and medical; that i inten to amend after a full investigation of medical negligence and medical malpractice, as to why? It took 2 month's before I was ever recommend to see a doctor for my broken arm, and has been deny any kind of treatment plain...

## Relief

That i be compensated for the damages that has been cause from the sadistic and malicious act of the officer's that cause pain and suffering as well as mental anguish. And for the deliberate indifference to my mental health and medical need...   2-21-21

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: ALC-2021-1184

TO: <u>CHARLES STEWART  111347</u>    Living Quarters
    Offender's Name and Number

<u>11/23/2020</u>
Date of Incident

    ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X     REJECTED: Your request has been rejected for the following reason(s):
        THE OFFENDERS REQUEST IS UNCLEAR AND THE VOLUME OF ATTACHED MATERIAL IS TOO GREAT.

<u>    04/21/2021    </u>     _____
        Date                                                         Warden's Signature or Designee

"This is And Administrative Remedy Procedure"

Charles Stewart #111347     Allen Correctional Center
Inmate name    DOC                     Place of Incident

"Nature Of Complaint"

Cruel & Unusual Punishment, Deliberate Indifference to my Health & Safety and Melfeasance in Officer...

This Administrative Remedy procedure is to inform this institution, If less formal methods does not Resolve this matter, I intent to seek "immediate judicial Relief" in this matter...

Complaint

On 11-23-20; I declared myself Suicidal And Requested emergency mental health. I was escorted to Mar's Unit A-2 Shower Cell, And was order to give up all my Clothes, And I was given a paper Suicidal gown, and hand-Cuff's (Restraints) placed behind my back. Once hand-Cuffed, I was then escorted to A-1 Cell #6, to Which I went in and Climb up on the Sank and Started Yelling out loud, I wanted to talk with my Social Worker...

Major Vicks and M.Sgt. Thomas started ~~telling~~ talking to me and order the other officer to open the Cell, at which time they enter the Cell and help me down off the Sank with no problem. I was once again escorted from A-1 to D-2 Cell two; once in the Cell I climb back up on the Sank with Same hand-Cuffs on behind my back, and once again started pleading to Speak with my Social Worker. At this time Major Vick Stated he didn't have time for me, and that he was going to spray me like A CockRoach; I told him if he spray me I was going to kill myself; He Responded " I Dont Care" "Kill Yourself" and Started walking off the tier And order Lt. Bihm to spray me, And that's what he did!!! Causing me to Come down on my back; thats when MSgt. Thomas and Sgt. Wn Came in my Cell Without A Stretcher nor anyone From

(1.)

medical to examine me before nor After the incident, but did maliciously and Sadistically grab me by my Arm's with the hand-cuffs still on behind my back dragged me to the shower and throw me in and left me their on the floor, then they came remove me from the shower and put me back in the Cell, still with hand-cuffs on, Finally; the nurse Arrive and order For the hand-cuffs to be Removed, so she could administrate A Fake Report in my medical Records. The next day I had to make emergency sick-call, I was then recommended for X-Ray's and it was determine that my arm was broke; However it took me From 11-23-20 until 1-20-21 before I was ever seen by A doctor. No kind of treatment plan. Plus I was Force to stay in that ~~in that~~ Same cell For 5 day With-out no running water no Shower, never Clean the cell after Spraying the mase... All this was did in Violation of my Constitution Rights.

### Relief

That I be Compensated For the Sadistic and Malicious act the Cause me pain and Suffering as well as mental Anguish And For the deliberate indifference to my mental health and medical need...

Respectfully
Charles Stewart #111347

(2)

<u>THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY PROCEDURE</u>

<u>Charles Stewart   #111347</u>              Allen Correctional Center
Inmate Name           DOC                     Place of Incident

<u>"Nature of Complaint"</u>

    Cruel and Unusual Punishment, Deliberate Indifference to my health and safety and malfeasance in office....
    This administrative remedy procedure is to inform this institution, if less formal method's do not resolve this matter, I intend to seek "immediate" judicial relief in this matter...

<u>Complaint</u>

    On 11-23-2020; I declared myself suicidal and requested emergency mental health. I was escorted to Mar's Unit A-2 shower cell, and was ordered to give up all my clothes. I was also given a paper, suicidal gown, and hand-cuffs (restraints) placed on my hands behind my back. Once hand-cuffed, I was then escorted to A-1 cell #6, to which I went in and climbed up on the sank and started to yell out loud, "I want to talk with my social worker..."

    Major Victorian and Master Sergeant Thomas started talking to me and ordered the other officer to open the cell, at which time they entered the cell and helped me down off the sank with no problem. I was once again escorted from A-1 to D-2 cell #2; once in the cell I climbed back up on the sank with the same hand-cuffs on behind my back, and once again started pleading to speak with my social worker. At this time, Major Victorian stated "he didn't have time for me," and that he was going to spray me like a "cock-roach"; I told him that if he sprayed me I was going to kill myself; he responded, "I don't care...kill yourself," and started walking off the tier and ordered Lieutenant Bihm to spray me and that's exactly what he (Lieutenant Bihm) did! Being sprayed caused me to fall down off the sank on my back; that's when Master Sergeant Thomas and an unknown Sergeant came in my cell without a stretcher nor anyone from medical to examine me before or after the incident, but did maliciously and sadistically grab me by the arms with the hand-cuffs still on behind my back and dragged me to the shower and threw me in and left me on the floor; they then came and removed me from the shower and put me back in the cell, still with hand-cuffs on.

    Finally, the nurse arrived and ordered that the hand-cuffs be removed so she could administer a fake/false report in my medical records. The next day I had to

make an emergency sick-call. At that time, I was recommended for X-rays and it was determined that my arm was broken; however, it took me from 11-23-2020 until 1-20-2021 before I was ever seen by a doctor. No kind of treatment plan, plus I was forced to stay in that same cell for five (5) days without running water, no shower, and the cell never being cleaned after being sprayed with chemical agent....all this was done in violation of my constitutional rights.

### Relief

That I be compensated for the sadistic and malicious act that cause me pain and suffering as well as mental anguish and for the deliberate indifference to my mental health and medical needs.

Date: 4/5/2021

Respectfully Submitted,

*Charles Stewart*

Charles Stewart, #111347

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: ALC-2021-1608

TO:   Charles Stewart  111347
      Offender's Name and Number          Living Quarters

11/23/2020
Date of Incident

ACCEPTED: This request comes to you from the Wardens Office. A response will be issued within 40 days of this date.

X   REJECTED: Your request has been rejected for the following reason(s):
    There has been a time lapse of more than 90 days between the event and the initial request. On 02/23/2021 offender was informed to resubmit a 1 page condensed request. The offender failed to do so and his time has lapsed.

___11/09/2021___                                    _____
Date                                                Warden's Signature or Designee

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**OFFENDER FUNDS WITHDRAWAL REQUEST**

| CODE | DRAWING ACCOUNT | | DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL |
|---|---|---|---|---|
| 73 | ☐ Offender club | 504 Mayflower St. Baton Rouge, LA. 70802 | 111347 | Stewart Charles |
| 74 | ☐ Outside purchase | | LIVING QUARTERS | DATE OF REQUEST / TOTAL AMOUNT |
| | ☐ Family member | | Mercury C-2 | 10 / 10 / 21   $17.76 |
| | ☐ Educational courses | | | |
| | ☐ Outside bank savings acct # _____ | | WRITTEN AMOUNT | DOLLARS |
| | ☐ Newspaper ad for clemency / pardon. | | | |
| | ☑ Other: One legal mail out to Secretary James M. Leblanc | | **PAYEE:** | |
| 79 | ☐ Court Cost - Civil action number _____ | | VENDOR NO. | OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL |
| 94 | ☐ Savings Bond | | NAME | Allen Mail Room |
| | | | ADDRESS | |
| | | | CITY / STATE / ZIP | |

Stamps: "Mailed Out ALC Mailroom OCT 13 2021 Kinder, LA 70648"; "OCT 2021"

| CODE | SAVINGS ACCOUNT | | |
|---|---|---|---|
| 94 | ☐ Savings Bond | OFFENDER SIGNATURE: | Charles Stewart |
| 79 | ☐ Court Cost - Civil action number _____ | REQUEST DENIED. REASON: | NSF |
| 82 | ☐ Educational courses | | |
| | | RIGHT THUMB PRINT | VERIFIED BY: |
| CODE | TRANSFERS - No check will be produced | | TITLE: |
| 68T | ☐ Transfer from drawing account to savings. | | APPROVED BY: |
| | | | TITLE: |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

DOC Form PF-30                    10-A                    CIB Form Revised 08-2003

**Department of Public Safety & Corrections**
State of Louisiana
ALLEN CORRECTIONAL CENTER



JOHN BEL EDWARDS
GOVERNOR

JAMES M. LE BLANC
SECRETARY

## OFFENDER REQUEST FORM

OFFENDER NAME: Charles Stewart          DOC#: 111347
DORM: Mecury A-1                         DATE: 8-10-21

TO: (PLEASE CHECK ONE AND CIRCLE YOUR CHOICE)

| | |
|---|---|
| ASSISTANT WARDEN (K. COOLEY) | MENTAL HEALTH (BERRYHILL) |
| COLONEL (A. ALLEMAND) | TRANSITION SPECIALIST (FRUGE/SAPP) |
| DAY MAJOR (ESTES/ YOUNG) | ARDC SUPERVISOR (SIMON) |
| NIGHT MAJOR (BOND/VICTORIAN) | CHAPLAIN (SAPP) |
| OFFENDER RECORDS (SMITH/RYDER) | INVESTIGATOR (LANGLEY) |
| SHIFT CAPTAIN (KIBODEAUX/JOHNSON) | MAILROOM |
| SHIFT CAPTAIN (SCRUGGS/SONNIER) | PROPERTY (J. MARCANTEL) |
| INMATE BANKING (McGEE) | ✓ LEGAL PROGRAMS (LEJEUNE) |
| MEDICAL | ARDC SPECIALIST (HARMON/CEASER) |
| FOOD SERVICE | ARDC SPEC/VISITATION (ARTIS) |
| EDUCATION (SALINAS) | ASHLAND (BREAUX) |
| LAUNDRY | |

REQUEST: Could you Please give a update on the status on A.R.P. # A.L.C.-2021-1184, it has been Rejected twice And I've submited it For the third time, but have not been notify as op yet it it has bee Accepted or not...

FOR OFFICE USE ONLY

DATE RECEIVED: 8/10/21
RESPONSE: There are no other ARP's on file for you.

SIGNATURE: RR          DATE: 8/10/21
TITLE:

REVISED 01/15/2021

**Department of Public Safety & Corrections**
**State of Louisiana**
ALLEN CORRECTIONAL CENTER




JOHN BEL EDWARDS
GOVERNOR

JAMES M. LEBLANC
SECRETARY

## OFFENDER REQUEST FORM

OFFENDER NAME & DOC #: Charles Stewart #111347
DORM: Mercury C-2
DATE: 9-13-21

TO: (PLEASE CHECK ONE AND CIRCLE YOUR CHOICE)

- ___ ASSISTANT WARDEN (K. COOLEY)
- ___ COLONEL (A. ALLEMAND)
- ___ DAY MAJOR
- ___ NIGHT MAJOR
- ___ OFFENDER RECORDS (SMITH/RYDER)
- ___ DAY SHIFT CAPT.
- ___ NIGHT SHIFT CAPT.
- ___ INMATE BANKING.
- ___ MEDICAL
- ___ FOOD SERVICE
- ___ EDUCATION (Mrs. SALINAS)
- ___ ASHLAND SITE DIRECTOR (T. SORTINO)
- ___ CHAPLAIN
- ___ MENTAL HEALTH (BERRYHILL)
- ___ TRANSITION SPECIALIST (FRUGE)
- ___ ARDC SUPERVISOR (SIMON)
- ___ LAUNDRY
- ___ INVESTIGATOR (LANGLEY)
- ___ MAILROOM
- ___ PROPERTY SGT.
- ✓ LEGAL PROGRAMS (VIDRINE)
- ___ ARDC SPECIALIST (HARMON/CEASER)
- ___ VISITATION (ARTIS)

REQUEST: Could your office please give me a update on the status on the ARP Case Number 2021-1184, it's for the incident that happen on 11-23-2020, as to where I broke my arm. It have been rejected twice and I've summited It for the third time! Please inform me if the ARP system is not available for me!

P.S. Do I Have To Summite It Again?

With Respect
Charles Stewart #111347

**FOR OFFICE USE ONLY**

DATE RECEIVED: 9/13/21
RESPONSE: ARP was rejected due to volume of content. Instructions were to resubmit in a one page format.

SIGNATURE: _____
DATE: 9/13/21
TITLE: _____

REVISED 1/1/2021

## ADMINISTRATIVE REMEDY PROCEDURE

### THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

**Charles Stewart**  111347  11/23/2020
Offender's Name  DOC #  Date of Incident/Complaint

**Allen Correctional Center**
Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

On 11-23-2020; I declared myself suicidal and requested emergency mental health. I was escorted to Mar's Unit A-2 shower cell, and was ordered to give up all my clothes. I was also given a paper, suicidal gown, and hand-cuffs (restraints) placed on my hands behind my back. Once hand-cuffed, I was then escorted to A-1 cell #6; to which I went in and climbed up on the sank and started to yell out loud, "I want to talk with my social worker..." Major Victorian and Master Sergeant Thomas started talking to me and ordered the other officer to open the cell, at which time they entered the cell and helped me down off the sank with no problem. I was once again escorted from A-1 to D-2 cell #2; once in the cell I climbed back up on the sank with the same hand-cuffs on behind my back, and once again started pleading to speak with my social worker. At this time, Major Victorian stated "he didn't have time for me," and that he was going to spray me like a "cock-roach"; I told him that if he sprayed me I was going to kill myself; he responded, "I don't care...kill yourself," and started walking off the tier and ordered Lieutenant Bihm to spray me and that's exactly what he (Lieutenant Bihm) did! Being sprayed caused me to fall down off the sank on my back; that's when Master Sergeant Thomas and an unknown Sergeant came in my cell without a stretcher nor anyone from medical to examine me before or after the incident, but did maliciously and sadistically grab me by the arms with the hand-cuffs still on behind my back and dragged me to the shower and threw me in and left me on the floor; they then came and removed me from the shower and put me back in the cell, still with hand-cuffs on. Finally, the nurse arrived and ordered that the hand-cuffs be removed so she could administer a fake/false report in my medical records. The next day I had to make an emergency sick-call. At that time, I was recommended to see my doctor about a sustained injury; however, it took me from 11-23-2020 until 1-20-2021 before I was ever seen by a doctor. No kind of treatment plan, plus I was forced to stay in that same cell for five (5) days without running water, no shower, and the cell never being cleaned after being sprayed with chemical agent....all this was done in violation of my constitutional rights.

Mecury C-2   9-14-21   4:23 AM   Lt. Bihm

Department of Public Safety & Corrections
State of Louisiana
ALLEN CORRECTIONAL CENTER

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LEBLANC
SECRETARY

## OFFENDER REQUEST FORM

OFFENDER NAME & DOC # **Charles Stewart 111347**
DORM: **Mecury C-2**
DATE: **9-20-21**

TO: (PLEASE CHECK ONE AND CIRCLE YOUR CHOICE)

- ASSISTANT WARDEN (K. COOLEY)
- COLONEL (A. ALLEMAND)
- DAY MAJOR
- NIGHT MAJOR
- OFFENDER RECORDS (SMITH/RYDER)
- DAY SHIFT CAPT.
- NIGHT SHIFT CAPT.
- INMATE BANKING.
- MEDICAL
- FOOD SERVICE
- EDUCATION (Mrs. SALINAS)
- ASHLAND SITE DIRECTOR (T. SORTINO)
- CHAPLAIN
- MENTAL HEALTH (BERRYHILL)
- TRANSITION SPECIALIST (FRUGE)
- ARDC SUPERVISOR (SIMON)
- LAUNDRY
- ✓ INVESTIGATOR (LANGLEY)
- MAILROOM
- PROPERTY SGT.
- LEGAL PROGRAMS (VIDRINE)
- ARDC SPECIALIST (HARMON/CEASER)
- VISITATION (ARTIS)

REQUEST I'm requesting that your office investigate a crime that was commited on 9-14-21, to whereas Lt. Bihn intentionally took and made a copy of a copy device on the face of the ARP that I have on him, and was order and/or instructed to resummit; So could u Please investigate this matter immediately and notified Allen Sheriff Office; Please also notify me that your office recive this complaint...
C/C File sent to F.B.I. "Melfeasance in Office"

FOR OFFICE USE ONLY

DATE RECEIVED: _____
RESPONSE: _____
_____
_____
_____

SIGNATURE: _____ DATE: _____

TITLE: _____

REVISED 1/1/2021

**Department of Public Safety & Corrections**
**State of Louisiana**
**ALLEN CORRECTIONAL CENTER**



MERCURY

RECEIVED
SEP 3 0 2021

JOHN BEL EDWARDS
GOVERNOR

JAMES M. LEBLANC
SECRETARY

## OFFENDER REQUEST FORM

OFFENDER NAME & DOC # **Charles Stewart 111347**
DORM: **Mecury C-2**
DATE: **9-30-21**

TO: (PLEASE CHECK ONE AND CIRCLE YOUR CHOICE)

____ ASSISTANT WARDEN (K. COOLEY)
____ COLONEL (A. ALLEMAND)
____ DAY MAJOR
____ NIGHT MAJOR
____ OFFENDER RECORDS (SMITH/RYDER)
____ DAY SHIFT CAPT.
____ NIGHT SHIFT CAPT.
____ INMATE BANKING
____ MEDICAL
____ FOOD SERVICE
____ EDUCATION (Mrs. SALINAS)
____ ASHLAND SITE DIRECTOR (T. SORTINO)

____ CHAPLAIN
____ MENTAL HEALTH (BERRYHILL)
____ TRANSITION SPECIALIST (FRUGE)
____ ARDC SUPERVISOR (SIMON)
____ LAUNDRY
____ INVESTIGATOR (LANGLEY)
____ MAILROOM
____ PROPERTY SGT.
✓ LEGAL PROGRAMS (VIDRINE)
____ ARDC SPECIALIST (HARMON/CEASER)
____ VISITATION (ARTIS)

REQUEST **I would like to know if your office Recive my A.R.P. that was Resummited on 9-20-21?**

**If so what the status?**

**C/C File 9-30-21**

FOR OFFICE USE ONLY

DATE RECEIVED: **10/4/21**
RESPONSE: **No ARP received in September**

SIGNATURE: _____   DATE: **10/4/21**
TITLE: _____

REVISED 1/1/2021

**Department of Public Safety & Corrections**
State of Louisiana
ALLEN CORRECTIONAL CENTER

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LEBLANC
SECRETARY

## OFFENDER REQUEST FORM

OFFENDER NAME & DOC # __Charles Stewart 111347__
DORM: __Mar's C-2 #12__
DATE: __2-25-21__

TO: (PLEASE CHECK ONE AND CIRCLE YOUR CHOICE)

____ ASSISTANT WARDEN (K. COOLEY)
____ COLONEL (A. ALLEMAND)
____ DAY MAJOR (ESTES/YOUNG)
____ NIGHT MAJOR (BOND/VICTORIAN)
____ OFFENDER RECORDS (SMITH/RYDER)
____ DAY SHIFT CAPT. (KIBODEAUX/JOHNSON)
____ NIGHT SHIFT CAPT. (SCRUGGS SONNIER)
____ INMATE BANKING.
____ MEDICAL
____ FOOD SERVICE
____ EDUCATION (Ms. SALINAS)
____ ASHLAND SITE DIRECTOR (T. SORTINO)

____ CHAPLAIN (SAPP)
____ MENTAL HEALTH (BERRYHILL)
____ TRANSITION SPECIALIST (FRUGE/SAPP)
____ ARDC SUPERVISOR (SIMON)
____ LAUNDRY
✓ INVESTIGATOR (LANGLEY)
____ MAILROOM
____ PROPERTY SGT. (YOUNG)
____ LEGAL PROGRAMS (VIDRINE)
____ ARDC SPECIALIST (HARMON/CEASER)
____ VISITATION (ARTIS)

REQUEST __Major Langley, I wrote you for a request of a copy of the U.O.R of the incident that occur on 11-23-20 in Mar's unit, Relating to the incident where I broke my arm. I sent the request in on 1-3-21, unfortunately I haven't Receive a Response... Could you Please inform me if any investigation was ever "order, or conducted ???__   C/C F.j  __Charles Stewart__
C/C File 2-25-21

FOR OFFICE USE ONLY

DATE RECEIVED: _____
RESPONSE: _____
_____
_____
_____

SIGNATURE: _____  DATE: _____
TITLE: _____

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)

I hereby certify that  Charles Stewart , inmate number  111347 , the plaintiff herein has the following sums of money on account to his credit at  Elayn Hunt Correctional Center,  the institution where he is confined:

Prison Drawing Account: $0.64

Prison Savings Account: $0.00

    A.    Cash  N/A

    B.    Bonds  N/A

I further certify that the average monthly deposits for the preceding six months is $0.00 .

*( The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.)*

I further certify that the average monthly balance for the preceding six months is $20.59 .

*( The average monthly balance is to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)*

2/15/22                Tammy Hill

Date Certified             Signature of Authorized Officer of Institution

4.

```
DEPARTMENT OF CORRECTIONS                                        DATE : 02/15/22
INMATE MASTER RECORD INFORMATION                                 TIME : 16:16:24
================================================================================
DOC NUMBER...:  111347             STATUS......: ACTIVE          INMATE ON DEBT
LAST NAME    :  STEWART            FIRST NAME  : CHARLES         M.I.:
SENT LENGTH  :  048 YRS.  00 MONS. 00 DAYS
RACE         :  BLACK              DOC SYSTEM ENTRY DATE :   09/22/01
SEX          :  MALE               DISCHARGE DATE :    07/28/47
LAST UPDATE  :  01/24/22           SAVINGS BONDS  :    N
================================================================================
LIVING QTRS         : CELL BLOCK TIER A           LIVING QTRS # : 6100
                      CELLS 1-16   COMPOUND 1
WORK ASSIGNMENT     : FIELD OFFICE ORDERLY        WORK ASSIGNMENT # : 156k
                      NO DUTY                           PAY RATE : .999
INC.PAY XFER FLAG:                                INC.PAY XFER DATE.:
================================================================================
DRAWING BALANCE  : $         0.00   ->LAST 6 MONTH AVERAGE....: $        11.99
SAVINGS BALANCE  : $         0.00   ->LAST 6 MONTH AVERAGE....: $         8.60
RESERVE BALANCE  : $         0.64                                     20.59
TOTAL DEBT OWED  : $      5134.07     LAST 6 MTH AVG EARNINGS.: $         0.00
ACCRUED SALES    : $        00.00       INSTITUTION LIMIT   :   $        CR.00
PERSONAL PROP. ACCRUED:$     0.00     PERSONAL PROPERRTY LIMIT: $       250.00
================================================================================
      PRESS   XMIT  TO REQUEST ANOTHER INQUIRY :   (ENTER  X  TO CANCEL FUNCTION)
```

Department of Public Safety & Corrections
State of Louisiana
ALLEN CORRECTIONAL CENTER



JOHN BEL EDWARDS
GOVERNOR



JAMES M. LEBLANC
SECRETARY

## OFFENDER REQUEST FORM

OFFENDER NAME & DOC # Charles Stewart 111347
DORM: Mar's C-2 #12
DATE: 2-25-21

TO: (PLEASE CHECK ONE AND CIRCLE YOUR CHOICE)

\_\_\_\_ ASSISTANT WARDEN (K. COOLEY)
\_\_\_\_ COLONEL (A. ALLEMAND)
\_\_\_\_ DAY MAJOR (ESTES/YOUNG)
\_\_\_\_ NIGHT MAJOR (BOND/VICTORIAN)
\_\_\_\_ OFFENDER RECORDS (SMITH/RYDER)
\_\_\_\_ DAY SHIFT CAPT. (KIBODEAUX/JOHNSON)
\_\_\_\_ NIGHT SHIFT CAPT. (SCRUGGS SONNIER)
\_\_\_\_ INMATE BANKING.
\_\_\_\_ MEDICAL
\_\_\_\_ FOOD SERVICE
\_\_\_\_ EDUCATION (Ms. SALINAS)
\_\_\_\_ ASHLAND SITE DIRECTOR (T. SORTINO)

\_\_\_\_ CHAPLAIN (SAPP)
\_\_\_\_ MENTAL HEALTH (BERRYHILL)
\_\_\_\_ TRANSITION SPECIALIST (FRUGE/SAPP)
\_\_\_\_ ARDC SUPERVISOR (SIMON)
\_\_\_\_ LAUNDRY
✓ INVESTIGATOR (LANGLEY)
\_\_\_\_ MAILROOM
\_\_\_\_ PROPERTY SGT. (YOUNG)
\_\_\_\_ LEGAL PROGRAMS (VIDRINE)
\_\_\_\_ ARDC SPECIALIST (HARMON/CEASER)
\_\_\_\_ VISITATION (ARTIS)

REQUEST: Major Langley I wrot you for a request of a copy of the U.O.R of the incident that occur on 11-23-20 in Mar's unit, Relating to the incident where I broke my arm. I sent the request in on 1-3-21, unfortunately I haven't receive a response...
Could you "Please inform me if any investigation was ever "order, or conducted???

C/C file    Charles Stewart 2-25-21

---

FOR OFFICE USE ONLY

DATE RECEIVED: 2-26-21
RESPONSE: UOR's cannot be obtained by offenders.

SIGNATURE: _____  DATE: 2/26/2021
TITLE: Investigative Major