UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CHARLES STEWART** | : | **DOCKET NO. 2:22-cv-1022** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **KEITH COOLEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion for Preliminary or Permanent Injunction be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 10th day of June, 2022.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE