UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLES STEWART | DOCKET NO. 2:22-cv-1022 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| KEITH COOLEY, *et al* | MAGISTRATE JUDGE KAY |

### NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Charles Stewart, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's Judgment of December 29, 2022 [Doc. 20] that dismisses without prejudice the plaintiff's Complaint.

Respectfully submitted,

*/s/ Robert L. Marrero*
**Robert L. Marrero, LSBA #8947**
**ROBERT L. MARRERO, LLP**
401 Whitney Avenue
Suite 126
Gretna, LA 70056-2577
Telephone: (504) 366-8025
Fax: (504) 366-8026
Email: office@bobmarrero.com

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF APPEAL* has been served by depositing same in the United States Mail, properly addressed and postage prepaid to defendants' counsel of record herein on the 25 day of January, 2023.

*/s/ Robert L. Marrero*
Robert L. Marrero